PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
for
**Middle District of Pennsylvania/Harrisburg**

## Report on Offender Under Supervision

Name of Offender: Leon Brown   Case Number: 1:01-CR-027-01
Name of Sentencing Judicial Officer: The Honorable Sylvia H. Rambo
Date of Original Sentence: February 19, 2002
Original Offense: Possession of a Firearm During and In Relation to a Drug Trafficking Crime, 18 U.S.C. § 924 (c)(1)(A)
Original Sentence: 54 months imprisonment; 3 years supervised release; $300 fine
Type of Supervision: Supervised Release   Date Supervision Commenced: July 14, 2006

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

FILED
HARRISBURG PA
DEC 13 2006
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

| Violation Number | Nature of Noncompliance |
|---|---|
| **General Condition** | **"The defendant shall not commit another federal, state or local crime."** |

On August 22, 2006, Mr. Brown was charged with Receiving Stolen Property by the York City Police Department. Police received a report of a stolen vehicle and when the vehicle was located parked on East Maple Street in York, Pennsylvania, police found the defendant sleeping in the front seat of the vehicle. The defendant was ordered to step outside of the vehicle, and after a short foot chase, he was taken into custody. On October 3, 2006, the case was held over for Court and the defendant remains in custody at York County Prison awaiting trial.

Report on Offender
Under Supervision
Page 2

U.S. Probation Officer Action:

Our office is reporting the new offense to the Court as required and may request violation action in the future. However, at this time, Mr. Brown is incarcerated on the local charges and we are requesting that no immediate action be taken. This will enable us to monitor his situation and to further assess the new charges and the appropriateness of violation action.

Respectfully submitted,

by *Fonda L. Steele* (signature)

Fonda L. Steele
U.S. Probation Officer
Date: December 13, 2006

---

[X] Recommendation approved
[ ] Submit a Request for Modifying the Condition or Term of Supervision:
[ ] Submit a Request for Warrant or Summons
[ ] Other

*(signature)*
Signature of Judicial Officer

12/13/06
Date

2