PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT

## Middle District of Pennsylvania/Harrisburg

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **LEON BROWN**                Case Number:    1:CR-01-027-01
Name of Sentencing Judicial Officer: The Honorable Sylvia H. Rambo, United States District Judge
Date of Original Sentence: February 19, 2002
Original Offense: Possession of a Firearm During and in Relation to a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A)
Original Sentence: 54 months imprisonment, 3 years supervised release
Type of Supervision: Supervised Release            Date Supervision Commenced: July 14, 2006
Assistant U.S. Attorney: Erick Pfisterer           Defense Attorney: Thomas A. Thornton

## PETITIONING THE COURT

[X] To issue a summons for Leon Brown to appear before the Court to show cause why his supervised release should not be revoked.

The probation officer believes that the defendant has violated the following condition(s) of supervised release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| General Condition | **"The defendant shall not commit another federal, state or local crime."**<br><br>On August 22, 2006, Mr. Brown was arrested and charged with Receiving Stolen Property by the York City Police Department. Police received a report of a stolen vehicle and when the vehicle was located parked on East Maple Street in York, Pennsylvania, police found the defendant sleeping in the front seat of the vehicle. The defendant was ordered to step outside of the vehicle, and after a short foot chase, he was taken into custody. On February 7, 2007, the Receiving Stolen Property charge was Nolled Prossed and the defendant entered a guilty plea to Disorderly Conduct. He was sentenced to time served (169 days), and released. |
| General Condition | **"The defendant shall refrain from any unlawful use of a controlled substance."**<br><br>On March 1, 2007, the defendant provided a marijuana positive urine specimen. |

FILED
HARRISBURG, PA

MAR 1 2 2007

MARY E. D'ANDREA, CLERK
Per _____
            Deputy Clerk

U.S. Probation Officer Recommendation:

The term of supervised release should be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _March 9 2007_

_____
Fonda L. Steele
U.S. Probation Officer

---

# THE COURT ORDERS:

[ ] No Action

[ ] The Issuance of a Warrant.

[X] The Issuance of a Summons.

[ ] Other

_____
Signature of Judicial Officer

_3/12/07_
Date