AO 83 (Rev. 12/85) Summons in a Criminal Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA

### SUMMONS IN A CRIMINAL CASE

**UNITED STATES OF AMERICA**

CASE NUMBER: 1:01-CR-0027-01

Judge: Sylvia H. Rambo

v.

**LEON BROWN**

**YOU ARE HEREBY COMMANDED** to appear before the United States District Court at the place, date and time set forth below

**Place**: U.S. District Court, 228 Walnut Street, Harrisburg, PA. 17101

**Room**
Eighth Floor, Courtroom #3

**Before**: Judge Rambo

**Date and time**
March 27, 2007 @ 11:00 a.m.

To answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  X Violation Notice  ☐ Probation Violation Petition

Charging you with violations of General Conditions of Supervised Release

**YOU ARE ALSO DIRECTED TO CONTACT THE U.S. PRETRIAL SERVICES/U.S. PROBATION OFFICE, 717/901-2860, TO ARRANGE AN IN-PERSON INTERVIEW IMMEDIATELY UPON RECEIPT OF THIS SUMMONS.**

s/ Mark J. Armbruster

Signature of Issuing Officer

Deputy Clerk

Title of Issuing Officer

**DATE:** March 12, 2007