IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 1:01-CR-27 |
| | ) | |
| v. | ) | (Judge Rambo) |
| | ) | |
| LEON BROWN | ) | |

MOTION FOR THE COURT TO ISSUE A WRIT OF
HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE, THE JUDGES OF SAID COURT:

**NOW COMES** Thomas A. Marino, United States Attorney in and for the Middle District of Pennsylvania, and would respectfully show the Court:

1. That there is now pending in this Court and undisposed of a certain criminal case charging the said **LEON BROWN** with violations of Title 18, United States Code, Section 924.

2. That the said **LEON BROWN** is now in the custody of **York County Prison,** York, PA.

**WHEREFORE**, on behalf of the United States of America, the said Thomas A. Marino, United States Attorney, prays your Honorable Court to grant and issue a writ of habeas corpus ad prosequendum to have the said **LEON BROWN** brought before the United States District Court for the Middle District of Pennsylvania at the United States Courthouse, Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania on March 27, 2007.

Respectfully submitted,

THOMAS A. MARINO
UNITED STATES ATTORNEY

/s/   Eric Pfisterer
Eric Pfisterer
Assistant U.S. Attorney
228 Walnut Street, P.O. Box 11754
Harrisburg, PA 17108
717/221-4482 (Office)/717/221-4493(Fax)
Bar No. PA-38492