IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 1:01-CR-27 |
| | ) | |
| v. | ) | (Judge Rambo) |
| | ) | |
| LEON BROWN | ) | |

**WRIT OF HABEAS CORPUS**
**AD PROSEQUENDUM**

**UNITED STATES OF AMERICA TO THE WARDEN**
**YORK COUNTY PRISON**
**YORK, PA**

**GREETINGS:**

    **YOU ARE COMMANDED TO PRODUCE NOW**, in the custody of the United States Marshal, or one of his deputies, before the United States District Court at Harrisburg, Pennsylvania, on March 27, 2007, the person of **LEON BROWN**, whom it is alleged you legally restrain of his liberty and against whom there are pending certain criminal proceedings in the United States District Court for the Middle District of Pennsylvania, to the end that the said **LEON BROWN** be heard on the criminal charge above referred to, charging a violation of Title 18, United States Code, Section 924, and you are directed to keep the said prisoner safe in custody and confine said prisoner from day to day, when not appearing before the Court, in a safe and suitable jail, and, at the conclusion of said proceeding, to immediately return the said **LEON BROWN** to York County Prison, York, PA to serve the balance of the sentence or sentences heretofore posed.

    HEREIN FAIL NOT and do return make hereof.

    WITNESS my signature on this, the _____ day of _____, 20___.

    _____
    Sylvia H. Rambo
    United States District Judge