IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA      :      CRIMINAL NO. 1:01-CR-0027-01
                         :
                         :
             v.                  :
                         :
LEON BROWN                    :
                         :
                         :
                         :


## <u>ORDER OF APPOINTMENT</u>


Upon a finding that the defendant is financially unable to retain counsel, **IT IS**

**HEREBY ORDERED THAT** Thomas Thornton,Assistant Federal Public Defender, 100

Chestnut Street, Suite 306, Harrisburg, Pennsylvania, 17101, telephone number (717) 782-2237, is

hereby appointed to represent the above-named defendant nunc pro tunc as of March 27,

2007.


Dated: April 5th, 2007.

                                       <u>S/SYLVIA H. RAMBO</u>,
                                       United States District Judge