Leon Brown
York Co Prison
USDC; Harrisburg, Pa c/Room
27th March 2007

01/27

**FILED**
HARRISBURG

APR 24 2007

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK