Case 1:01-cr-00027-SHR    Document 37    Filed 03/27/2007    Page 2 of 2

AO 245 D (Rev. 06/05) Judgment in a Criminal Case, for Revocations

Defendant: LEON BROWN  
Case Number: 1:01-CR-0027-01

Judgment-Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 9 months.

[ ] The court makes the following recommendations to the Bureau of Prisons:

[X] The defendant is remanded to the custody of the United States Marshal.
[ ] The defendant shall surrender to the United States Marshal for this district.

   [ ] at _____ a.m./p.m. on _____.
   [ ] as notified by the U.S. Marshal.
[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
   [ ] before 2 p.m. on _____.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the probation office.
[ ] The defendant is to contact the United States Marshal's Office no later than three days prior to the above date to be notified of the place of confinement.

## RETURN

I have executed this judgment as follows:

FILED  
HARRISBURG  

OCT 17 2007  

MARY E. D'ANDREA, CLERK  
Per _____  
DEPUTY CLERK

Defendant delivered on 9/19/07 to FCI, Ray Brook, NY _____ at _____, with a certified copy of this judgment.

Deborah G. Schult, Warden  
~~United States Marshal~~  
Huttenwaller, LTD  
Deputy Marshal