

**U. S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Institution*

*P.O. Box 300*
*Ray Brook, New York 12977-0300*

April 1, 2008

FILED
SCRANTON

APR 17 2008

PER_____
DEPUTY CLERK

Honorable Sylvia H. Rambo
United States District Judge
Middle District of Pennsylvania
P.O. Box 1148
Scranton, PA 18501

RE:  BROWN, Leon
     Reg. No. 10606-067
     Case No. 1:01-CR-0027-01

Dear Judge Rambo:

Inmate Brown was sentenced in your court on March 27, 2007, to a
9 month term for Violation of Supervised Release.

On Thursday, March 27, 2008, inmate Brown departed FCI Ray Brook
en-route to the Capital Pavilion Residential Reentry Center.  On
March 28, 2008, our Inmate Systems Department was notified by the
Community Corrections Specialist, William Brito that inmate Brown
did not report as scheduled.  Specifically, he was to report no
later than 3:20 a.m. on March 28, 2008.  Accordingly, he was
placed on Escape status.  Subsequently, he was apprehended by the
U.S. Marshals on March 28, 2008 and is currently in custody.

If you have any further questions or need any additional
information, please contact me at (518) 897-4000.

Sincerely,

Deborah G. Schult, Ph.D.
Warden

sk-gen

**U.S. Department of Justice**
Federal Bureau of Prisons
*Federal Correctional Institution*
P.O. Box 300
Ray Brook, New York 12977-0300

Official Business

RECEIVED
SCRANTON

APR 17 2008

PER ___ DEPUTY CLERK

U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
UNITED STATES POSTAGE
$00.41
APR 15 2008
0004204886
MAILED FROM ZIP CODE 12977

Honorable Sylvia H. Rambo
United States District Judge
Middle District of Pennsylvania
P.O. Box 1148
Scranton, PA 18501